(September 24, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FULLER, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANDOLPH BROWN, Appellant, v. JAMES J. MORROW, as Director of Woodbourne Rehabilitation Center, Respondent.—

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur.

(September 29, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SCHERMERHORN, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.